IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.  No. 05-20377 B

DENFORD L. GALLOWAY,

    Defendant.

_____

ORDER DENYING MOTIONS TO SUPPRESS
_____

    Before the Court are the motions of the Defendant, Denford L. Galloway, to suppress evidence (Doc. Nos. 406 and 408). Based on the oral findings made by the Court in a hearing conducted November 20, 2006, which are incorporated herein, the motions are hereby DENIED.

    IT IS SO ORDERED this 13th day of June, 2007.

                                            s/ J. DANIEL BREEN
                                            UNITED STATES DISTRICT JUDGE